## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Silsby v. Icahn                    Docket No.: 14-1906

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kimberly A. Haviv

Firm: White & Case LLP

Address: 1155 Avenue of the Americas, New York, NY 10036

Telephone: 212-819-8200        Fax: 212-354-8113

E-mail: kim.haviv@whitecase.com

Appearance for: Robert C. Flexon, Clint Freeland, Kevin T. Howell, Thomas W. Elward, E. Hunter Harrison, Michael J. Embler, Vincent J. Intrieri, Samuel Merksamer / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Glenn M. Kurtz / White & Case LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____                                                                OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Kimberly A. Haviv

Type or Print Name: Kimberly A. Haviv