**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel   + 1 212 819 8200
Fax  + 1 212 354 8113
whitecase.com

Direct Dial + 212.819.8586   dbaumstein@whitecase.com

September 24, 2014

<u>VIA ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Silsby v. Icahn*, Docket Number 14-1906cv, Appellees' Scheduling Request

Dear Ms. O'Hagan Wolfe:

We represent Defendants-Appellees Robert C. Flexon, Clint Freeland, Kevin T. Howell, Thomas W. Elward, E. Hunter Harrison, Michael J. Embler, Vincent J. Intrieri, and Samuel Merksamer in the above-captioned proceedings. Pursuant to Local Rule 31.2(a)(1)(B), we write to request that the Court set December 12, 2014 as the date by which Defendants-Appellees must file their Appellees' Brief, which is within 91 days after the last (and only) Appellant's Brief. Appellant's Brief was filed on September 12, 2014.

Respectfully submitted,

Douglas P. Baumstein

cc:   Nicholas I. Porritt, Esq. (via ECF)
Levi & Korsinsky LLP
1101 30th Street, NW
Washington, DC 20007

*Attorney for Plaintiff-Appellant Stephen Lucas*

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  GENEVA
HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MONTERREY  MOSCOW  MUNICH
NEW YORK  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SILICON VALLEY  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 9336311

Catherine O'Hagan Wolfe

September 24, 2014

**WHITE & CASE**

Robert R. Viducich, Esq. (via ECF)
Law Office of Robert R. Viducich
40 Wall Street, 28th Floor
New York, NY 10005

*Attorney for Defendant-Appellee Carl C. Icahn*