# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and fourteen,

_____

Stephen Lucas,

      Plaintiff - Appellant,

Charles Silsby, Individually and On Behalf of All Others Similarly Situated,

      Plaintiff,

v.

Carl C. Icahn, Dynegy Inc., Robert C. Flexon, Clint Freeland, Kevin T. Howell, Thomas W. Elward, E. Hunter Harrison, Michael J. Embler, Vincent J. Intrieri, Samuel Mersamer,

      Defendants - Appellees.

_____

**ORDER**
Docket No: 14-1906

Counsel for Appellees Thomas W. Elward, Michael J. Embler, Robert C. Flexon, Clint Freeland, E. Hunter Harrison, Kevin T. Howell, Vincent J. Intrieri and Samuel Mersamer has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 12, 2014 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before December 12, 2014. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

