**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN** | **CATHERINE O'HAGAN WOLFE** |
| **CHIEF JUDGE** | **CLERK OF COURT** |

Date: October 14, 2014  
Docket #: 14−1906cv  
Short Title: Silsby v. Icahn

DC Docket #: 12−cv−2307  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Koeltl

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212−857−8612.